CUYAHOGA COUNTY BAR ASSOCIATION *v.* STIDHAM.

[Cite as *Cuyahoga Cty. Bar Assn. v. Stidham* (1994), 71 Ohio St.3d 93.]

(No. 94–1377—Submitted August 17, 1994—Decided December 7, 1994.)

*Laurence A. Turbow* and *Michael E. Murman,* for relator.

*Per Curiam.* We agree with the findings and adopt the recommendations of the board. Respondent, Ronald J. Stidham, is hereby suspended indefinitely from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.